**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  SHATONNA R. YOUNG  Case Number: 08-72771
210 ROYAL AVENUE
ROCKFORD, IL 61101

SSN-xxx-xx-4888

Case filed on: 8/28/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $184.60        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | SHATONNA R. YOUNG | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CARLYLE AUTO SALES | 4,767.81 | 3,300.00 | 170.39 | 0.00 |
| 002 | ILLINOIS TITLE LOANS, INC | 491.88 | 491.88 | 0.00 | 0.00 |
| 034 | VAUGHNS T.V. & APPLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 5,259.69 | 3,791.88 | 170.39 | 0.00 |
| 001 | CARLYLE AUTO SALES | 0.00 | 1,467.81 | 0.00 | 0.00 |
| 002 | ILLINOIS TITLE LOANS, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ACE CASH EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALL CREDIT LENDERS | 445.00 | 445.00 | 0.00 | 0.00 |
| 007 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AMERICAS RECOVERY NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AMERICASH LOANS LLC | 841.18 | 841.18 | 0.00 | 0.00 |
| 011 | ASSET ACCEPTANCE CORP | 94.34 | 94.34 | 0.00 | 0.00 |
| 012 | AUTOMOTIVE ACCEPTANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CARBIZ AUTO CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CAVALRY INVESTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CERTEGY PAYMENT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CHECK IT | 74.05 | 74.05 | 0.00 | 0.00 |
| 018 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | COMCAST F/K/A INSIGHT COMMUNICATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | COMED CO | 817.72 | 817.72 | 0.00 | 0.00 |
| 021 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | JEFFERSON CAPITAL SYSTEMS, LLC | 458.25 | 458.25 | 0.00 | 0.00 |
| 024 | ILLINOIS STUDENT ASSISTANCE COMM | 11,517.97 | 11,517.97 | 0.00 | 0.00 |
| 025 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | PORTFOLIO RECOVERY ASSOCIATES | 314.72 | 314.72 | 0.00 | 0.00 |
| 027 | MUTUAL MANAGEMENT SERVICES | 1,910.60 | 1,910.60 | 0.00 | 0.00 |
| 028 | ROUNDUP FUNDING LLC | 601.01 | 601.01 | 0.00 | 0.00 |
| 029 | ASSET ACCEPTANCE CORP | 137.42 | 137.42 | 0.00 | 0.00 |
| 030 | ROCKFORD MERCANTILE AGENCY INC | 935.04 | 935.04 | 0.00 | 0.00 |
| 031 | COTTONWOOD FINANCIAL ILLINOIS LLC | 1,148.23 | 1,148.23 | 0.00 | 0.00 |
| 032 | U.S. CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | UNITED CREDIT SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | SPRINT NEXTEL-DISTRIBUTIONS | 462.28 | 462.28 | 0.00 | 0.00 |
| 036 | ASSET ACCEPTANCE CORP | 738.50 | 738.50 | 0.00 | 0.00 |
| 037 | NICOR GAS | 998.10 | 998.10 | 0.00 | 0.00 |
|  | Total Unsecured | 21,494.41 | 22,962.22 | 0.00 | 0.00 |
|  | Grand Total: | 26,754.10 | 26,754.10 | 170.39 | 0.00 |

Total Paid Claimant:     $170.39
Trustee Allowance:       $14.21
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009                By  /s/Heather M. Fagan